# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| RONJIEL SHARPE,           )<br>                           )<br>     Plaintiff,           )<br>                           )           Civil Action No.: 7:07-cv-01305-lsc<br>v.                         )<br>                           )<br>INFOMART, INC., and CHOICEPOINT, )<br>INC.,                      )<br>                           )<br>     Defendants.           )<br>                           ) | |

## NOTICE OF DISMISSAL AS TO DEFENDANT INFOMART, INC.

COMES NOW, Plaintiff, Ronjiel Sharpe, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, and dismisses without prejudice all claims against Defendant Infomart, Inc. (hereinafter, "Infomart"), stating as follows:

1.) The original Summons and Complaint was filed against Infomart on July 13, 2007. (Ct. Doc. #1). On or about July 17, 2007, Infomart was served with a Summons and Complaint. (Ct. Doc. #3). Infomart filed a Motion to Dismiss on August 7, 2007. (Ct. Doc. #4).

2.) Infomart has neither answered the Complaint nor filed a Motion for Summary Judgment.

3.) In its Motion to Dismiss, Infomart makes statements of fact relevant to Plaintiff's claims. Plaintiff is not in a position to properly refute these claims without the advantage of discovery.

4.) Pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure*, Plaintiff has the right to voluntarily and unilaterally dismiss Infomart without prejudice.

RESPECTFULLY submitted this the 26th Day of October, 2007.

        s/K. ANDERSON NELMS
        K. ANDERSON NELMS
        P.O. Box 5059
        Montgomery, AL 36103
        Phone: (334) 263-7733
        Fax: (334) 832-4390
        andynelms@andersonnelms.com
        ASB-6972-E63K
        Counsel for Plaintiff

OF COUNSEL:
Law Offices of Jay Lewis, LLC
P.O. Box 5059
Montgomery, AL 36103
(334) 263-7733    Phone
(334) 832-4390    Fax

## CERTIFICATE OF SERVICE

    I hereby certify that I have served the foregoing on the following parties and/or counsel by electronic filing through the CM/ECF system or placing a copy of the same in the United States mail, postage prepaid and properly addressed, or by hand delivery on this the 26th day of October, 2007:

Anissa D. Floyd
Frederick T. Smith
John F. Meyers
Seyfarth Shaw, LLP
1545 Peachtree Street, NE
Atlanta, GA 30309-1500

John W. Scott
Scott, Dukes & Geisler, P.C.
2100 Third Avenue North
Suite 700
Birmingham, Alabama 35203

        OF COUNSEL
        s/ Andy Nelms
        Keith Anderson Nelms