UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RONJIEL SHARPE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 7:07-cv-01305-LSC |
| | ) |
| INFOMART, INC., and | ) |
| CHOICEPOINT, INC., | ) |
| | ) |
| Defendants. | ) |

ORDER

The Court acknowledges receipt of Plaintiff's notice of voluntary dismissal of Infomart Inc., pursuant to Fed. R. Civ. P. 41(a), which was filed on October 26, 2007. (Doc. 20.) Defendant's previously filed motion to dismiss (Doc. 4) is therefore deemed MOOT. Infomart Inc. is hereby DISMISSED without prejudice.

Done this 1st day of November 2007.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

151277