FILED
2008 May-21 PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RONJIEL SHARPE, | ] |
| Plaintiff(s), | ] |
| vs. | ] CV07-CO-01305-W |
| INFOMART, INC., | ] |
| Defendant(s). | ] |

ORDER

The Court has been advised by counsel that the above entitled cause has been settled. Therefore, this cause is DISMISSED with prejudice. Any party may, for good cause shown, reopen the action within thirty (30) days from the date of this order. Costs are taxed as paid.

Done this 21st day of May 2008.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
124019